# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JUAN A. CORRAL-MELERO, | ) | |
| | ) | **Case No. 17-cv-00790** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Honorable Robert M. Dow, Jr.** |
| | ) | **Judge Presiding** |
| WHY NOT IRON, INC., an Illinois | ) | |
| corporation, d/b/a WHY NOT IRON, | ) | |
| SEAN R. KELLY, an individual, and | ) | |
| PATRICIA KELLY, an individual, | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION FOR DISMISSAL, the Court being advised in the premises that the parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction;

IT IS HEREBY ORDERED THAT:

1. This case is dismissed, without prejudice, and all parties shall bear their own attorney's fees and costs.

2. Any party may file a motion to enforce the parties' settlement agreement or a motion for additional time to file a motion to enforce the settlement agreement on or before April 20, 2017.

3. In the event that no motion listed in paragraph 2 is filed on or before April 20, 2017, the case shall be dismissed with prejudice on the next business day and without further order of the Court.

/s/ Timothy M. Nolan  /s/ Michael J. Kralovec
_____  _____
One of the attorneys for the Plaintiff  One of the Attorneys for the Defendants


Dated:……………………………, 2017

ENTER_____