## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Juan A. Corral−Melero
          Plaintiff,

v.                   Case No.: 1:17−cv−00790
                  Honorable Robert M. Dow Jr.

Why Not Iron, Inc., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 10, 2017:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the stipulation of dismissal [10] filed on the docket on 3/31/2017, this case is dismissed without prejudice and with leave to file a motion to enforce or a motion for additional time to file such a motion on or before 4/20/2017, after which date the dismissal will be with prejudice and with no further action of the Court unless a motion has been filed. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.